**STATE of Missouri, Respondent,**

v.

**Timothy L. SANDFORT, Appellant.**

**No. WD 63586.**

Missouri Court of Appeals, Western District.

Nov. 16, 2004.

Ellen H. Flottman Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., Presiding Judge, JOSEPH M. ELLIS, Judge and LISA WHITE HARDWICK, Judge.

### *ORDER*

PER CURIAM.

Timothy Sandfort appeals from his conviction by jury of three counts of first-degree statutory sodomy, § 566.062, RSMo 2000. Appellant was sentenced to a term of fifty years in the Missouri Department of Corrections on the first count to be served concurrently with thirty-year terms on each of the two other counts. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).